Bartholomew H. Finn, et al., Appellees, v. Retirement Board of Policemen's Annuity and Benefit Fund of Chicago, and Edmund T. Lentz, Executor of the Last Will of Anna Finn, Deceased, Defendants. Appeal of Edmund T. Lentz, Executor of Last Will of Anna Finn, Deceased, Appellant.

**Gen. No. 47,119.**

First District, First Division.

June 19, 1957.

Released for publication October 4, 1957.

Robert Emmett Burke (George B. Craven, of counsel) for appellant; Michael F. Ryan (Richard F. McPartlin, Jr., of counsel) for appellees. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full.